TIMOTHY COURCHAINE
United States Attorney
District of Arizona

SHEILA PHILLIPS
Michigan State Bar No. P51656
Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Sheila.Phillips2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Anna Karen Flores,<br><br>　　　　Defendant. | No. CR-24-01221-PHX-SPL<br><br>**UNITED STATES SENTENCING MEMORANDUM** |

The United States requests the Court sentence Defendant to 12 months' and 1 day of imprisonment followed by 3 years of supervised release as recommended in the Presentence Investigation Report (PSR).

**I.   FACTS**

On July 16, 2024, a grand jury in the District of Arizona indicted Defendant on Counts 1 through 5: Material False Statement During the Purchase of a Firearm, in violation of 18 U.S.C. § 922(a)(6) and 18 U.S.C. § 924(a)(2). PSR ¶ 1. On January 27, 2025, she pleaded guilty to Count 1 of the indictment and entered into a written plea agreement that set a cap at the low end of the sentencing guideline range. PSR ¶¶ 2-3.

Defendant's indictment resulted from her purchase of five firearms for a trafficking organization that supplied a Mexican drug cartel with large caliber firearms. Defendant's role in the organization, however, was limited to making straw purchases. Her purchases included a M249S rifle, 2 belt-fed Ohio Ordnance M2-SLR rifles and two pistols in exchange for

money.  PSR ¶¶ 6-8.

## II. SENTENCING GUIDELINE

The PSR accurately calculates Defendant's Total Offense Level at 19 after acceptance of responsibly, which includes and a base offense level of 20 under USSG §2K2.1(a)(4)(B) and a two level enhancement for 5 firearm purchases under USSG §2K2.1(b)(1)(A). PSR ¶¶ 22-23.  The current offense is Defendant's first conviction, so she is a Criminal History Category I.  Therefore, her guideline range is correctly calculated at 30 to 37 months' incarceration.  PSR at 15. The PSR recommends a sentence of 12 months and 1 day followed by 3 years of supervised release.  *Id*.  The United States agrees.

## III. UNITED STATES SENTENCING RECOMMENDATON

Defendant's offense conduct is very serious.  She purchased military grade firearms, including a belt-fed semi-automatic rifle, which were likely delivered to a Mexican drug cartel, putting the public at great risk.  Consequently, Defendant's Base Offense Level was significantly increased because of her purchase of these large capacity rifles combined with her drug use.  Defendant is considered a prohibited possessor as she admitted she was "high" at the time of the January 10, 2023, purchase. PSR ¶ 17. When interviewed by pretrial services in August 2024, she also admitted she used marijuana daily from age 14 up until approximately August 2023. *Id.*  There is no evidence, however, that she abused any other substances.

To Defendant's credit, she is before the Court for her first offense, and she has done well on pretrial release— so she appears unlikely to reoffend. Other her purchases of firearms in exchange for money at the direction of one of her "friends," and her marijuana use, she appears to have otherwise lived a law abiding life.  She also tested negative for marijuana while on release. Thus, the United States agrees that a sentencing of 12 months and 1 day is sufficient, but not greater than necessary under 18 U.S.C. § 3553(a) analysis based on the nature and circumstances of the offense and the history and characteristics of Defendant.

//

## IV. CONCLUSION

Therefore, the United States respectfully requests the Court sentence Defendant to 12 months and 1 day of imprisonment followed by 3 years of supervised release.

Respectfully submitted this 31st day of March 2025.

                                          TIMOTHY COURCHAINE
                                        United States Attorney
                                        District of Arizona

                                        *s/ Sheila Phillips*
                                        SHEILA PHILLIPS
                                        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the above date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing sealed documents, and that true and accurate copies have been transmitted electronically to the following recipient: Philip Seplow, *Attorney for Defendant*

*s/ Carlton Covington*
United States Attorney's Office

- 3 -